# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In re   Karen D. Hill                                                                Case No.   18-14783

## TRANSFER OF CLAIM

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice of the transfer for the claim referenced in this notice.

| MidFirst Bank | Finance of America, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

MidFirst Bank
Bankruptcy Department
999 NW Grand Boulevard, #110
Oklahoma City, OK 73118-6077

Court Claim # (if known):   8
Amount of Claim:   $176,485.13
Date Claim Filed:   May 21, 2018

Phone:   800-654-4566
Last Four Digits of Acct#:   9028

Phone:   800-274-6600
Last Four Digits of Acct#:   7638

Name and Address where Transferee payments should be sent (if different from above):

MidFirst Bank
Bankruptcy Payments
999 NW Grand Boulevard, #110
Oklahoma City, OK 73118-6077

Phone:   800-654-4566
Last Four Digits of Acct#:   9028

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Kelsey Luu                                                       Date:   October 1, 2018
        Transfereer's Agent

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177 0933
Telephone: (858) 750 7600
Facsimile: (619) 590 1385
E-mail: Click here to enter text.

Agent for MidFirst Bank

In Re:

Karen D. Hill

Case No.: 18-14783

Chapter: 13

Adv. No.:

Hearing Date:

Judge:

## CERTIFICATION OF SERVICE

1. I, Agustina Sandoval:

   ☐ represent the _____ in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

   ☒ See Attachment Page

2. On October 1, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Transfer of Claim

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 1, 2018                          /s/Agustina Sandoval
                                                 Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Karen D. Hill<br>2102 E Oak Rd<br>Unit A5<br>Vineland, NJ 08361-2579 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Tamika N. Wyche<br>3300 Federal Street<br>Camden, NJ 08105<br>daviddanielslaw@gmail.com | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Isabel C. Balboa<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002<br>ecfmail@standingtrustee.com | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Attachment Page

☒ am the secretary/paralegal for Click here to enter text., agent for the secured creditor in the above captioned matter.