UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

LAW OFFICES OF NONA L. OSTROVE, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ 08043
856-566-4200; FAX 856-566-4203
By: Nona L. Ostrove, Esq. NO 2942
Attorneys for King's Crossing Condominium Association, Inc.

Order Filed on November 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Karen D. Hill

Case No. 18-14783

Adv. No.

Hearing Date: 11/20/2018

Judge: Andrew B. Altenburg, Jr.

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through _____ is

hereby **ORDERED.**

**DATED: November 20, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor:  Karen D. Hill

Case No: 18-14783/ABA

Caption of Order: CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY

      Upon consideration of King's Crossing Condominium Association, Inc.'s motion/application for an order granting relief from the automatic stay and good cause appearing therefore, and the consent of all parties having been obtained it is hereby

      **ORDERED** that

      1.      The Debtor, Karen D. Hill, shall remit payment in full of the outstanding monthly post petition fees and late fees incurred to date to King's Crossing in the amount of $1,127.00 on or before November 15, 2018.

      2.      Commencing December 1, 2018, the Debtor shall remit $136.00 per month to King's Crossing Condominium Association, Inc. towards ongoing post-petition monthly assessments.

      3.      All payments are to be made payable to King's Crossing Condominium Association and sent directly to the following address:

King's Crossing Condominium Association, Inc.
c/o Law Offices of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ  08043

      4.      If the event the payments are not paid by the date set forth above or any subsequent payment should be more than thirty days late, King's Crossing Condominium Association, Inc. upon Certification of Default submitted by counsel for King's Crossing with fourteen days notice to the debtor's counsel, the Court shall enter an Order vacating the

automatic stay and allowing King's Crossing to file personal suit for recovery of all post-petition sums due and all allowed methods to collect on any judgment obtained.

     5.     The debtor shall reimburse King's Crossing Condominium Association for legal fees in the amount of $350.00 plus costs of $181.00 through her Chapter 13 plan. The Trustee's office shall disburse the $531.00 payable to King's Crossing Condominium Association at the following address:

King's Crossing Condominium Association, Inc.
c/o Law Office of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ  08043

I hereby consent to the form and entry of the within Order

LAW OFFICES OF NONA L. OSTROVE, LLC
Attorneys for King's Condominium Association, Inc.


BY:*/s/Nona L. Ostrove, Esq.*
    Nona L. Ostrove, Esq.


Law Offices of David Paul Daniels
Attorney for Karen D. Hill


BY: */s/Tamika N. Wyche, Esq.*
    Tamika N. Wyche, Esq.