UNITED STATES BANKRUPTCY COURT
<u>DISTRICT OF NEW JERSEY</u>

LAW OFFICES OF NONA L. OSTROVE, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ 08043
856-566-4200; FAX 856-566-4203
By:  Nona L. Ostrove, Esq. NO 2942
Attorneys for King's Crossing Condominium Association, Inc.

**Order Filed on November 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No. 18-14783 |
| | Adv. No. |
| Karen D. Hill | |
| | Hearing Date: 11/20/2018 |
| | Judge: Andrew B. Altenburg, Jr. |

**CONSENT ORDER RESOLVING MOTION FOR
RELIEF FROM STAY**

The relief set forth on the following pages, numbered two (2) through _____ is

hereby **ORDERED.**

**DATED: November 20, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Karen D. Hill

Case No: 18-14783/ABA

Caption of Order: CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY

Upon consideration of King's Crossing Condominium Association, Inc.'s motion/application for an order granting relief from the automatic stay and good cause appearing therefore, and the consent of all parties having been obtained it is hereby

**ORDERED** that

1. The Debtor, Karen D. Hill, shall remit payment in full of the outstanding monthly post petition fees and late fees incurred to date to King's Crossing in the amount of $1,127.00 on or before November 15, 2018.

2. Commencing December 1, 2018, the Debtor shall remit $136.00 per month to King's Crossing Condominium Association, Inc. towards ongoing post-petition monthly assessments.

3. All payments are to be made payable to King's Crossing Condominium Association and sent directly to the following address:

King's Crossing Condominium Association, Inc.
c/o Law Offices of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ  08043

4. If the event the payments are not paid by the date set forth above or any subsequent payment should be more than thirty days late, King's Crossing Condominium Association, Inc. upon Certification of Default submitted by counsel for King's Crossing with fourteen days notice to the debtor's counsel, the Court shall enter an Order vacating the

automatic stay and allowing King's Crossing to file personal suit for recovery of all post-petition sums due and all allowed methods to collect on any judgment obtained.

  5.  The debtor shall reimburse King's Crossing Condominium Association for legal fees in the amount of $350.00 plus costs of $181.00 through her Chapter 13 plan. The Trustee's office shall disburse the $531.00 payable to King's Crossing Condominium Association at the following address:

King's Crossing Condominium Association, Inc.
c/o Law Office of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ  08043

I hereby consent to the form and entry of the within Order

LAW OFFICES OF NONA L. OSTROVE, LLC
Attorneys for King's Condominium Association, Inc.


BY:/s/Nona L. Ostrove, Esq.
  Nona L. Ostrove, Esq.


Law Offices of David Paul Daniels
Attorney for Karen D. Hill


BY: /s/Tamika N. Wyche, Esq.
  Tamika N. Wyche, Esq.

United States Bankruptcy Court
District of New Jersey

In re:  
Karen D. Hill  
    Debtor

Case No. 18-14783-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 21, 2018  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2018.  
db          Karen D. Hill,    2102 E Oak Rd,    Unit A5,    Vineland, NJ   08361-2579

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2018 at the address(es) listed below:

       Alexandra T. Garcia    on behalf of Creditor    Finance of America, LLC NJECFMAIL@mwc-law.com,
       nj-ecfmail@ecf.courtdrive.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com  
       Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
       bkgroup@kmllawgroup.com  
       Melissa S DiCerbo    on behalf of Creditor    Finance of America, LLC nj-ecfmail@mwc-law.com,
       nj-ecfmail@ecf.courtdrive.com  
       Michael R. DuPont    on behalf of Creditor    Bay Atlantic Federal Credit Union
       dupont@redbanklaw.com,   dana@redbanklaw.com  
       Nona Ostrove    on behalf of Creditor    King's Crossing Condominium Association, Inc.
       nostrove@ostrovelaw.com  
       Robert J. Malloy    on behalf of Creditor    SJFCU ecf.rjmalloylaw@gmail.com  
       Tamika N. Wyche    on behalf of Debtor Karen D. Hill daviddanielslaw@gmail.com,
       G30609@notify.cincompass.com  
       Tamika Nicole Wyche    on behalf of Debtor Karen D. Hill daviddanielslaw@gmail.com,
       G30609@notify.cincompass.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                    TOTAL: 11