UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Karen D. Hill,

Debtor.

Case No.:   18-14783-ABA

Chapter:   13

Hearing Date:   1/15/2019

Judge:   Altenburg

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled         ☐  Withdrawn

Matter:  Motion for Relief from Stay re: 2012 East Oak Road, Vineland, NJ (Docket # 45)

_____

Date: 1/14/2019                              /s/ Denise Carlon
                                             Signature

*rev.8/1/15*