UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

**Order Filed on March 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Karen D. Hill,

Debtor.

Case No.: 18-14783 ABA

Adv. No.:

Hearing Date: 1/15/19 @ 10:00 a.m.

Judge: Andrew B. Altenburg, Jr.

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: March 11, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Karen D. Hill
Case No:  18-14783 ABA
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 2102 East Oak Road A5, Vineland, NJ. 08361, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Tamika N. Wyche, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of January 24, 2019, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due August 2018 through January 2019 for a total post-petition default of $8,649.60 (6 @ $1,419.72, 4 Late Charges @ $32.82); and

It is **ORDERED, ADJUDGED and DECREED** that a down payment of $1,491.72 is to be paid immediately; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $7,157.88 will be paid by Debtor remitting $1,192.98 per month in addition to the regular monthly mortgage payment, which additional payments shall begin on February 1, 2019 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume February 1, 2019, directly to Secured Creditor's servicer, MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

**(Page 3)**
Debtor:  Karen D. Hill
Case No:  18-14783 ABA
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 18-14783-ABA
Karen D. Hill                                                   Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                Page 1 of 1             Date Rcvd: Mar 11, 2019
                              Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2019.
db             Karen D. Hill,    2102 E Oak Rd,    Unit A5,    Vineland, NJ   08361-2579

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Finance of America, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Melissa S DiCerbo    on behalf of Creditor    Finance of America, LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Michael R. DuPont    on behalf of Creditor    Bay Atlantic Federal Credit Union
               dupont@redbanklaw.com, dana@redbanklaw.com
              Nona Ostrove    on behalf of Creditor    King's Crossing Condominium Association, Inc.
               nostrove@ostrovelaw.com
              Robert J. Malloy    on behalf of Creditor    SJFCU ecf.rjmalloylaw@gmail.com
              Tamika N. Wyche    on behalf of Debtor Karen D. Hill daviddanielslaw@gmail.com,
               G30609@notify.cincompass.com
              Tamika Nicole Wyche    on behalf of Debtor Karen D. Hill daviddanielslaw@gmail.com,
               G30609@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 12
```