Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–14783–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karen D. Hill
   2102 E Oak Rd
   Unit A5
   Vineland, NJ 08361–2579

Social Security No.:
   xxx–xx–4133

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:           November 19, 2019
Time:           10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*61* – Certification In Objection to (related document:60 Creditor's Certification of Default (related document:45 Motion for Relief from Stay re: 2102 East Oak Road A5 Vineland NJ 08361. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 53 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 11/1/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Tamika Nicole Wyche on behalf of Karen D. Hill. (Attachments: # 1 Exhibit proof of payment) (Wyche, Tamika)

and transact such other business as may properly come before the meeting.


Dated: October 29, 2019
JAN: bed

                                                                                   Jeanne Naughton
                                                                                   Clerk