Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18–14783–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karen D. Hill
   2102 E Oak Rd
   Unit A5
   Vineland, NJ 08361–2579

Social Security No.:
   xxx–xx–4133

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                 November 19, 2019
Time:                 10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*61* – Certification In Objection to (related document:60 Creditor's Certification of Default (related document:45 Motion for Relief from Stay re: 2102 East Oak Road A5 Vineland NJ 08361. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 53 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 11/1/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Tamika Nicole Wyche on behalf of Karen D. Hill. (Attachments: # 1 Exhibit proof of payment) (Wyche, Tamika)

and transact such other business as may properly come before the meeting.

Dated: October 29, 2019
JAN: bed

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-14783-ABA
Karen D. Hill                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin          Page 1 of 1              Date Rcvd: Oct 29, 2019
                            Form ID: 173          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
db              Karen D. Hill,    2102 E Oak Rd,    Unit A5,    Vineland, NJ  08361-2579

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2019 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor    Finance of America, LLC NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John F Newman    on behalf of Creditor    SJFCU courts@southjerseyfcu.com
          Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Melissa S DiCerbo    on behalf of Creditor    Finance of America, LLC nj-ecfmail@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Michael R. DuPont    on behalf of Creditor    Bay Atlantic Federal Credit Union
           dupont@redbanklaw.com,  dana@redbanklaw.com
          Nona Ostrove    on behalf of Creditor    King's Crossing Condominium Association, Inc.
           nostrove@ostrovelaw.com
          Tamika N. Wyche    on behalf of Debtor Karen D. Hill daviddanielslaw@gmail.com,
           G30609@notify.cincompass.com
          Tamika Nicole Wyche    on behalf of Debtor Karen D. Hill daviddanielslaw@gmail.com,
           G30609@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 12