UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

**Order Filed on December 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Karen D. Hill,

Debtor.

Case No.: 18-14783 ABA

Adv. No.:

Hearing Date: 11/19/2019 @ 10:00 a.m.

Judge: Andrew B. Altenburg, Jr.

## AMENDED ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three(3) is hereby **ORDERED.**

**DATED: December 16, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Karen D. Hill
Case No:  18-14783 ABA
Caption of Order:  AMENDED ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon, Esq. appearing, upon a certification of default as to real property located at 2102 East Oak Road A5, Vineland, NJ. 08361, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Tamika N. Wyche, Esq., attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of November 1, 2019 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due August 2019 through November 2019 for a total post-petition default of $5,663.68 (4 @ $1,309.88, 1 AO @ $1,192.98, 2 Late Charges @ $32.82, less $834.46 in suspense); and

      It is **ORDERED, ADJUDGED and DECREED** that the debtor will make a lump sum payment of $358.52 immediately; and

      It is **ORDERED, ADJUDGED and DECREED** that the debtor will make a lump sum payment of $2,341.48 immediately; and

      It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $2,963.68 will be paid by Debtor remitting $493.98 for one month and $493.94 per month for five months in addition to the regular monthly mortgage payment, which additional payments shall begin on December 1, 2019 and continue for a period of six months until the post-petition arrears are cured; and

      It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume December 1, 2019, directly to Secured Creditor's servicer, MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

      It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

**(Page 3)**
Debtor:  Karen D. Hill
Case No:  18-14783 ABA
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT
_____

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 , which is to be paid through Debtors' Chapter 13 plan and certification of default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Karen D. Hill  
    Debtor

Case No. 18-14783-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 16, 2019  
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2019.  
db         Karen D. Hill,    2102 E Oak Rd,    Unit A5,    Vineland, NJ    08361-2579

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2019 at the address(es) listed below:

         Alexandra T. Garcia    on behalf of Creditor    Finance of America, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         John F Newman    on behalf of Creditor    SJFCU courts@southjerseyfcu.com  
         Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Melissa S DiCerbo    on behalf of Creditor    Finance of America, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Michael R. DuPont    on behalf of Creditor    Bay Atlantic Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com  
         Nona Ostrove    on behalf of Creditor    King's Crossing Condominium Association, Inc. nostrove@ostrovelaw.com  
         Tamika N. Wyche    on behalf of Debtor Karen D. Hill daviddanielslaw@gmail.com, G30609@notify.cincompass.com  
         Tamika Nicole Wyche    on behalf of Debtor Karen D. Hill daviddanielslaw@gmail.com, G30609@notify.cincompass.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                  TOTAL: 12