Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 18-14783 (ABA)**

Karen D. Hill  
2102 East Oak Road  
Unit A5  
Vineland, NJ  08361-2579

Monthly Payment: $681.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/08/2019 | $262.62 | 01/23/2019 | $262.62 | 02/05/2019 | $262.62 | 02/20/2019 | $262.62 |
| 03/06/2019 | $296.77 | 03/19/2019 | $296.77 | 04/02/2019 | $296.77 | 04/15/2019 | $307.85 |
| 04/29/2019 | $307.85 | 05/14/2019 | $307.85 | 05/29/2019 | $307.85 | 06/11/2019 | $307.85 |
| 06/25/2019 | $307.85 | 07/09/2019 | $307.85 | 07/22/2019 | $307.85 | 08/06/2019 | $307.85 |
| 08/19/2019 | $307.85 | 09/03/2019 | $307.85 | 09/17/2019 | $307.85 | 10/01/2019 | $307.85 |
| 10/16/2019 | $307.85 | 10/28/2019 | $307.85 | 11/13/2019 | $307.85 | 11/25/2019 | $307.85 |
| 12/10/2019 | $307.85 | 12/26/2019 | $307.85 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | KAREN D. HILL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $3,110.00 | $3,110.00 | $0.00 | $1,708.56 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $900.00 | $900.00 | $0.00 | $900.00 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $500.00 | $500.00 | $0.00 | $0.00 |
| 1 | BAY ATLANTIC F.C.U. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BOSCOV'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | COMCAST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CORNER PROPERTY MANAGEMENT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $1,157.98 | $0.00 | $1,157.98 | $0.00 |
| 6 | PREMIER BANKCARD, LLC | 33 | $899.20 | $0.00 | $899.20 | $0.00 |
| 7 | KING'S CROSSING CONDOMINIUM ASSOCIATION, INC | 24 | $1,384.00 | $223.75 | $1,160.25 | $218.10 |
| 8 | MIDFIRST BANK | 24 | $14,401.19 | $2,328.31 | $12,072.88 | $2,269.48 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,161.21 | $0.00 | $4,161.21 | $0.00 |
| 10 | PIER ONE IMPORTS/COMENTIY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | RAYMOUR & FLANIGAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | SOUTH JERSEY F.C.U. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | SOUTH JERSEY GAS COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | THE LANDIS SEWERAGE AUTHORITY | 24 | $783.47 | $126.66 | $656.81 | $123.46 |
| 15 | TIDEWATER FINANCE COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | VINELAND MUNICIPAL UTILITIES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | QUANTUM3 GROUP, LLC | 33 | $728.62 | $0.00 | $728.62 | $0.00 |
| 19 | WHYNOT LEASING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 21 | KING'S CROSSING CONDOMINIUM ASSOCIATION, | 13 | $531.00 | $531.00 | $0.00 | $531.00 |
| 22 | CREDIT ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | TD RETAIL CARD SERVICES | 33 | $2,467.33 | $0.00 | $2,467.33 | $0.00 |
| 24 | PREMIER BANKCARD, LLC | 33 | $700.14 | $0.00 | $700.14 | $0.00 |
| 25 | DEPARTMENT OF THE TREASURY | 28 | $10,006.85 | $0.00 | $10,006.85 | $0.00 |
| 26 | DEPARTMENT OF THE TREASURY | 33 | $1,601.98 | $0.00 | $1,601.98 | $0.00 |
| 27 | MIDFIRST BANK | 13 | $531.00 | $531.00 | $0.00 | $531.00 |
| 28 | MIDFIRST BANK | 13 | $350.00 | $350.00 | $0.00 | $350.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2018 | 11.00 | $0.00 |
| 03/01/2019 | Paid to Date | $3,655.11 |
| 04/01/2019 | 9.00 | $667.00 |
| 01/01/2020 | 39.00 | $681.00 |
| 04/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,789.94 |
| Total paid to creditors this period: | $7,031.60 |
| Undistributed Funds on Hand: | $283.85 |
| Arrearages: | $241.31 |
| Attorney: | TAMIKA N. WYCHE, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**