| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>KAREN D. HILL | Case No.: 18-14783<br>Chapter: 13<br>Judge: ABA |

## CERTIFICATION OF DEBTOR(S) IN SUPPORT OF
## COVID-19 CHAPTER 13 PLAN MODIFICATION

I [We], Karen D. Hill, am [are] the debtor[s] in the above-captioned Chapter 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket.

1) The Chapter 13 Plan was originally confirmed by order entered on 9/14/18.

2) I was current with plan payments through February 2021.

3) I was current with post-petition mortgage payments through 11-22-21 on property located at 2102 East Oak Rd., Unit A5, Vineland, NJ 08361.

   [If not applicable, skip] [if more than 1 property, add additional lines]
   a) The mortgage payments referred to above are [check one]:

      ☒ contractual payments

      ☐ adequate protection payments

   b) I am current with post-petition real estate taxes on the property located at _____.

      ⊙ YES  ○ NO

   c) I have current liability insurance on the property and can provide proof thereof.

      ⊙ YES  ○ NO

4) If the confirmed plan includes a cram down on a mortgage, then answer the following:
   a) I am current with post-petition real estate taxes on the property located at _____.

      ○ YES  ○ NO

   b) I have current liability insurance on the property and can provide proof thereof.
      ○ YES  ○ NO

5) I was current with post-petition auto payments through _11-22-21_ on the following automobile(s). [If not applicable, skip]
   _____.

6) The change in my household income previously reported on Schedule I is $ 4,669.01 .
   My current household income is $ 4,553.27 . I have attached a current paystub or proof of the change in income to this certification [Redact any personally identifiable information before docketing.]
   My current total household expenses are now $ 4,173.72 .

7) As a result of COVID-19, I have suffered a material financial hardship which has impacted me in the following way:

> Was in Hospital Got Very Depress

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: _11-22-21_    _Karen Hill_
                    Debtor's Signature

Dated: _____    _____
                         Debtor's Signature

*new.12/2020*

2