Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                      Case No.: 18−14783−ABA
                                      Chapter: 13
                                      Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Karen D. Hill
    2102 E Oak Rd
    Unit A5
    Vineland, NJ 08361−2579

Social Security No.:
    xxx−xx−4133

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 23, 2021.

Dated: December 23, 2021
JAN: cmf

                                                                                           Jeanne Naughton
                                                                                           Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 18-14783-ABA

Karen D. Hill     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3

Date Rcvd: Dec 23, 2021     Form ID: plncf13     Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Karen D. Hill, 2102 E Oak Rd, Unit A5, Vineland, NJ 08361-2579 |
| cr | | Bay Atlantic Federal Credit Union, McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| cr | + | SJFCU, 1615 Huffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 517382314 | | Boscov's, PO Box 71106, Charlotte, NC 28272-1106 |
| 517382316 | | Corner Property Management, 11 Cleveland Pl, Springfield, NJ 07081-1507 |
| 517543224 | + | Finance of America, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 517382318 | | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 517772391 | + | King's Crossing Condominium Association, Inc., c/o Mattison Raymond Group, Inc., PO BOX 314, Waterford Works, NJ 08089-0314 |
| 517382319 | | Kings Crossing Condo Association, Corner Property Management, PO Box 63608, Phoenix, AZ 85082-3608 |
| 517382320 | | Loancare, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 517382323 | + | Raymour & Flanigan, 7272 Morgan Road, Liverpool, NY 13090-4535 |
| 517382325 | + | South Jersey Gas, PO Box 577, Hammonton, NJ 08037-0577 |
| 517766728 | | South Jersey Gas, PO Box 6000, Hammonton, NJ 08037-6000 |
| 517513131 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517382330 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Why Not Lease It, 1750 Elm St Ste 1200, Manchester, NH 03104-2907 |
| 517382326 | + | The Landis Sewerage Authority, 1776 S Mill Rd, Vineland, NJ 08360-6200 |
| 517382327 | | Tidewater Finance Co./Home Depot, PO Box 17308, Baltimore, MD 21297-1308 |
| 517382328 | | Vineland MUA, PO Box 1508, Vineland, NJ 08362-1508 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 23 2021 20:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 23 2021 20:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517382313 | | Email/Text: lrichard@bayatlanticfcu.org | Dec 23 2021 20:10:00 | Bay Atlantic Federal Credit Union, 560 Crystal Ave, Vineland, NJ 08360-2843 |
| 517382315 | + | Email/Text: documentfiling@lciinc.com | Dec 23 2021 20:09:00 | Comcast, 676 Island Pond Rd, Manchester, NH 03109-4840 |
| 517382317 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 23 2021 20:13:01 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 517529843 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 23 2021 20:09:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 517382318 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 23 2021 20:13:09 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 517532781 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 23 2021 20:12:56 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 23, 2021 | Form ID: plncf13 | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| 517787683 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 23 2021 20:13:06 | 10587, Greenville, SC 29603-0587<br>MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 517787682 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 23 2021 20:12:59 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517431870 | | Email/PDF: cbp@onemainfinancial.com | Dec 23 2021 20:13:06 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 517382321 | | Email/PDF: cbp@onemainfinancial.com | Dec 23 2021 20:13:00 | One Main, PO Box 742536, Cincinnati, OH 45274-2536 |
| 517682731 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 23 2021 20:13:09 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517682732 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 23 2021 20:13:08 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517382322 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 23 2021 20:09:00 | Pier One Imports/Comentiy, PO Box 659617, San Antonio, TX 78265-9617 |
| 517524026 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 23 2021 20:10:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517476373 | | Email/Text: bnc-quantum@quantum3group.com | Dec 23 2021 20:10:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517382324 | | Email/Text: courts@southjerseyfcu.com | Dec 23 2021 20:10:00 | South Jersey Federal Credit Union, PO Box 5530, Deptford, NJ 08096-0530 |
| 517383966 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2021 20:13:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517382329 | | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2021 20:53:32 | Walmart/Synchrony Bank, PO Box 965023, Orlando, FL 32896-5023 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517642591 | *+ | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2021                Signature:        /s/Joseph Speetjens

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Dec 23, 2021 | Form ID: plncf13 | Total Noticed: 37

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Finance of America  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John F Newman | on behalf of Creditor SJFCU courts@southjerseyfcu.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Melissa S DiCerbo | on behalf of Creditor Finance of America  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Michael R. DuPont | on behalf of Creditor Bay Atlantic Federal Credit Union dupont@redbanklaw.com  john@redbanklaw.com |
| Nona Ostrove | on behalf of Creditor King's Crossing Condominium Association  Inc. nostrove@ostrovelaw.com |
| Tamika Nicole Wyche | on behalf of Debtor Karen D. Hill daviddanielslaw@gmail.com  G30609@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11