| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Tamika N. Wyche, Esquire**<br>**LAW OFFICES OF DAVID PAUL DANIELS, LLC**<br>**2985 YORKSHIP SQUARE, SUITE 1A**<br>**CAMDEN, NEW JERSEY 08104**<br>**(856) 338-0411**<br>TW 006502006 | **Order Filed on June 10, 2022**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re: KAREN HILL | Case No.: 18-14783-ABA<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: HON. ANDREW B. ALTENBURG |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: June 10, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: KAREN HILL

Case No: 18-14783-ABA

Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

_____

Upon consideration of Tamika N. Wyche, Esquire, application for an order granting attorney fees, and good cause appearing therefore, it is hereby

Ordered that Tamika N. Wyche, Esquire, the applicant, is allowed a fee of $900.00 for the services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Chapter 13 Fee. The allowance shall be payable:

__X__   through the Chapter 13 Plan as an administrative priority.

_____   outside the plan.

The debtor's monthly plan is modified to a payment of $442.00 per month for the remaining 33 months to allow for payment of the aforesaid fee, beginning, July 1, 2022.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-14783-ABA |
| Karen D. Hill | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 10, 2022 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Karen D. Hill, 2102 E Oak Rd, Unit A5, Vineland, NJ 08361-2579 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2022       Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Finance of America LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John F Newman | on behalf of Creditor SJFCU courts@southjerseyfcu.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Melissa S DiCerbo | on behalf of Creditor Finance of America LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Michael R. DuPont | on behalf of Creditor Bay Atlantic Federal Credit Union dupont@redbanklaw.com lori@redbanklaw.com |

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Jun 10, 2022 Form ID: pdf903 Total Noticed: 1

Nona Ostrove
    on behalf of Creditor King's Crossing Condominium Association  Inc. nostrove@ostrovelaw.com

Tamika Nicole Wyche
    on behalf of Debtor Karen D. Hill daviddanielslaw@gmail.com  G30609@notify.cincompass.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11