Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 18−14783−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karen D. Hill
   2102 E Oak Rd
   Unit A5
   Vineland, NJ 08361−2579

Social Security No.:
   xxx−xx−4133

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 8/9/22 at 10:00 AM

to consider and act upon the following:

**97** − Certification In Objection to (related document:96 Creditor's Certification of Default (related document:42 Order on Motion For Relief From Stay) filed by Nona Ostrove on behalf of King's Crossing Condominium Association, Inc.. Objection deadline is 07/14/2022. (Attachments: # 1 Exhibit # 2 Certificate of Service # 3 Proposed Order) filed by Creditor King's Crossing Condominium Association, Inc.) filed by Tamika Nicole Wyche on behalf of Karen D. Hill. (Attachments: # 1 Exhibit Proof of Payment) (Wyche, Tamika)

Dated: 7/13/22

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court