UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICES OF NONA L. OSTROVE, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ 08043
856-566-4200; (Fax) 856-566-4203
By: Nona L. Ostrove, Esq. NO 2942
Attorneys for King's Crossing Condominium Association, Inc.

In Re:

Karen D. Hill

Case No.: 18-14783

Adv. No.: 

Chapter: 13

Hearing Date: 08/09/2022 @ 10 am

Judge: ABA

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Nona L. Ostrove, Esq.,

   ☒ am the attorney for: King's Crossing Condominium Association, Inc.

   ☐ am self-represented

   Phone number: 856-566-4200

   Email address: nostrove@ostrovelaw.com

2. I request an adjournment of the following hearing:

   Matter: Creditor's Certification of Default

   Current hearing date and time: August 9, 2022 @ 10:00 am

   New date requested: August 23, 2022

   Reason for adjournment request: Parties are attempting to reach a settlement regarding payment of post petition assessment fees and require more time for negotiations

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: 08/05/2022                                     /s/Nona L. Ostrove, Esq.
                                                     Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 8/23/22 @ 10 AM          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2