UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF NONA L. OSTROVE, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ 08043
856-566-4200; 856-566-4203 (Fax)
Attorneys for King's Crossing Condominium Association, Inc.
By: Nona L. Ostrove, Esq. NO 2942

In Re:

Karen Hill

Case No.:   18-14783

Chapter:   13

Hearing Date:   _____

Judge:   ABA

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Certification of Default - COTBS

_____

Date: 08/17/2022

/s/Nona L. Ostrove, Esq.
Signature

*rev.8/1/15*