UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

LAW OFFICES OF NONA L. OSTROVE, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ 08043
856-566-4200; FAX 856-566-4203
By:  Nona L. Ostrove, Esq. NO 2942
Attorneys for King's Crossing Condominium Association, Inc.

**Order Filed on August 23, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No. 18-14783 |
| | Adv. No. |
| Karen Hill | |
| | Hearing Date:  August 24, 2022 |
| | Judge: ABA |

## CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through  three (3)   is hereby **ORDERED.**

**DATED: August 23, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor:  Karen Hill

Case No: 18-14783/ABA

Caption of Order: CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

      Upon consideration of King's Crossing Condominium Association, Inc.'s motion/application for an order granting relief from the automatic stay and good cause appearing therefore, and the consent of all parties having been obtained it is hereby

      **ORDERED** that

1.    The arrears of Karen Hill's post petition condominium assessments, through and including the July 1, 2022 assessment and June and July late fees (and giving credit of $147.00 for the payment by the Debtor on July 7, 2022) was at $1,978.00. To cure this default, the Debtor, Karen Hill, remitted an initial payment in the amount of $300.00. Commencing September, 2022, Debtor shall remit payments of at least $279.66 a month for five months and a final payment of $279.70 until the arrears are paid in full. Said payments are in addition to the regular assessment of $140.00 per month (See paragraph 3 below).  Payments are to be made to the order of King's Crossing Condominium Association at the following address:

King's Crossing Condominium Association, Inc.
c/o Law Office of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ  08043

2.    The debtor shall further reimburse King's Crossing Condominium Association for legal fees in the amount of $500.00 through her Chapter 13 plan.  The Trustee's office shall disburse the legal fees of $500.00 payable to King's Crossing Condominium Association at the following address:

King's Crossing Condominium Association, Inc.
c/o Law Office of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ  08043

3. Commencing August 1, 2022, the Debtor shall remit $140.00 per month to King's Crossing Condominium Association, Inc. representing the ongoing post petition assessment fees due and owing.

4. All post petition payments of ongoing monthly assessments are to be made payable to King's Crossing Condominium Association and sent directly to the following address:

King's Crossing Condominium Association, Inc.
c/o Law Offices of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ  08043

5. If the event the payments are not paid by the date set forth above or any subsequent payment should be more than thirty days late, King's Crossing Condominium Association, Inc. upon Certification of Default submitted by counsel for King's Crossing with fourteen days notice to the debtor's counsel, the Court shall enter an Order vacating the automatic stay and allowing King's Crossing to file personal suit for recovery of all post-petition sums due and all allowed methods to collect on any judgment obtained.

I hereby consent to the form and entry of the within Order

LAW OFFICES OF NONA L. OSTROVE, LLC
Attorneys for King's Condominium Association, Inc.


BY: */s/Nona L. Ostrove, Esq.*
    Nona L. Ostrove, Esq.


LAW OFFICES OF DAVID PAUL DANIELS, LLC
Attorney for Karen Hill


BY:*/s/Tamika Wyche, Esq.*
    Tamika Wyche, Esq.