Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 18-14783 (ABA)

Karen D. Hill  
2102 East Oak Road  
Unit A5  
Vineland, NJ  08361-2579

Monthly Payment: $488.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/02/2022 | $412.00 | 02/15/2022 | $412.00 | 03/14/2022 | $412.00 | 04/11/2022 | $412.00 |
| 05/10/2022 | $440.00 | 07/07/2022 | $447.00 | 09/12/2022 | $440.00 | 10/12/2022 | $447.00 |
| 11/15/2022 | $447.00 | 12/09/2022 | $448.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | KAREN D. HILL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $3,110.00 | $3,110.00 | $0.00 | $0.00 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $900.00 | $900.00 | $0.00 | $0.00 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $500.00 | $500.00 | $0.00 | $0.00 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $900.00 | $873.92 | $26.08 | $0.00 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $400.00 | $282.28 | $117.72 | $0.00 |
| 1 | BAY ATLANTIC F.C.U. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BOSCOV'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | COMCAST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CORNER PROPERTY MANAGEMENT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $1,157.98 | $0.00 | $1,157.98 | $0.00 |
| 6 | PREMIER BANKCARD, LLC | 33 | $899.20 | $0.00 | $899.20 | $0.00 |
| 7 | KING'S CROSSING CONDOMINIUM ASSOCIATION, INC. | 24 | $1,384.00 | $1,183.78 | $200.22 | $221.27 |
| 8 | MIDFIRST BANK | 24 | $14,401.19 | $12,317.87 | $2,083.32 | $2,302.44 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,161.21 | $0.00 | $4,161.21 | $0.00 |
| 10 | PIER ONE IMPORTS/COMENTIY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | RAYMOUR & FLANIGAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | FIRST HARVEST CREDIT UNION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | SOUTH JERSEY GAS COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | THE LANDIS SEWERAGE AUTHORITY | 24 | $783.47 | $670.13 | $113.34 | $125.25 |
| 15 | TIDEWATER FINANCE COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | VINELAND MUNICIPAL UTILITIES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | QUANTUM3 GROUP, LLC | 33 | $728.62 | $0.00 | $728.62 | $0.00 |
| 19 | TEMPOE, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | KING'S CROSSING CONDOMINIUM ASSOCIATION, INC. | 13 | $531.00 | $531.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 22 | CREDIT ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | TD RETAIL CARD SERVICES | 33 | $2,467.33 | $0.00 | $2,467.33 | $0.00 |
| 24 | PREMIER BANKCARD, LLC | 33 | $700.14 | $0.00 | $700.14 | $0.00 |
| 25 | DEPARTMENT OF THE TREASURY | 28 | $10,006.85 | $0.00 | $10,006.85 | $0.00 |
| 26 | DEPARTMENT OF THE TREASURY | 33 | $1,601.98 | $0.00 | $1,601.98 | $0.00 |
| 27 | MIDFIRST BANK | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 28 | MIDFIRST BANK | 13 | $350.00 | $350.00 | $0.00 | $0.00 |
| 29 | KING'S CROSSING CONDOMINIUM ASSOCIATION, INC. | 13 | $500.00 | $473.42 | $26.58 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2018 | 51.00 | $0.00 |
| 07/01/2022 | Paid to Date | $22,740.87 |
| 08/01/2022 | 4.00 | $472.00 |
| 12/01/2022 | 28.00 | $488.00 |
| 04/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,317.00 |
| Total paid to creditors this period: | $2,648.96 |
| Undistributed Funds on Hand: | $409.47 |
| Arrearages: | $594.00 |
| Attorney: | TAMIKA N. WYCHE, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**