| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Amani S. Abdellah, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: aabellah@hillwallack.com<br>*Attorneys for King's Crossing Condominium Association, Inc.* |

| In Re:<br><br>Karen D. Hill,<br><br>Debtor. | Case No.: 18-14783 (ABA)<br><br>Chapter: 13<br><br>Judge: Andrew B. Altenburg, Jr., U.S.B.J. |
|---|---|

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Amani S. Abdellah of Hill Wallack LLP will be substituted as attorney of record for King's Crossing Condominium Association, Inc., creditor, in this case.

DATED: January 18, 2023         By: _____
                                Nona Ostrove, Esq.
                                Signature of Former Attorney


DATED: January 18, 2023         HILL WALLACK LLP


                                By: */s/ Amani S. Abdellah*
                                Amani S. Abdellah, Esq.
                                Signature of Substituting Attorney