```
FILE NO. 10298
TAMIKA N. WYCHE, ESQUIRE
LAW OFFICES OF DAVID PAUL DANIELS, LLC
2985 Yorkship Square, Suite 1A
Camden, New Jersey  08104
(856) 338-0411
TW 006502006
```

_____

UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: KAREN D. HILL | : | BANKRUPTCY NO. 18-14783 ABA |
| Debtor(s), | : | CHAPTER 13 |
| | : | STIPULATION OF WITHDRAWAL OF MOTION TO PERMIT DEBTOR TO FINANCE VEHICLE |

DEBTOR HEREBY withdraws the Motion to Permit Debtor to Finance Vehicle filed under docket number 111.

DATED: February 20, 2023          Respectfully submitted,


                                  BY:/s/ Tamika N. Wyche
                                  TAMIKA N. WYCHE, ESQUIRE