Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  18–14783–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Karen D. Hill
    2102 E Oak Rd
    Unit A5
    Vineland, NJ 08361–2579

Social Security No.:
    xxx–xx–4133

Employer's Tax I.D. No.:

---

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

on 7/16/24 at 10:00 AM

to consider and act upon the following:

*129* – Certification In Objection to (related document:128 Creditor's Certification of Default (related document:68 Amended Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 06/26/2024. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Tamika Nicole Wyche on behalf of Karen D. Hill. (Wyche, Tamika)

Dated: 6/25/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court