UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

**Order Filed on July 26, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:  18-14783 ABA

Adv. No.:

Hearing Date:  7/16/2024 @ 10:00 a.m.

Judge:  Andrew B. Altenburg, Jr.

In Re:

    Karen D. Hill,

Debtor

## ORDER CURING POST-PETITION ARREARS & RESOLVING
## CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three(3) is hereby
**ORDERED.**

**DATED: July 26, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Karen D. Hill
Case No:  18-14783 ABA
Caption of Order:   ORDER CURING POST-PETITION ARREARS & RESOLVING
CERTIFICATION OF DEFAULT

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon, Esq. appearing, upon a certification of default as to real property located at 2102 East Oak Road A5, Vineland, NJ. 08361, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Tamika N. Wyche, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of July 15, 2024, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due March 2024 through July 2024 for a total post-petition default of $6,938.68 (5 @ $1,411.85, less $120.57 in suspense); and

It is further **ORDERED, ADJUDGED and DECREED** that the arrears in the amount of $6,938.68 will be paid by Debtor remitting $1,156.43 for one month and $1,156.45 per month for five months  in addition to the regular monthly mortgage payment, which additional payments shall begin on December 1, 2019 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume August 1, 2024, directly to Secured Creditor's servicer, MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $200.00, which is to be paid through Debtors' Chapter 13 plan and certification of default is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 18-14783-ABA

Karen D. Hill                                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                   User: admin                                   Page 1 of 2

Date Rcvd: Jul 26, 2024                          Form ID: pdf903                          Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Karen D. Hill, 2102 E Oak Rd, Unit A5, Vineland, NJ 08361-2579 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Finance of America  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Amani Sahar Abdellah | on behalf of Creditor King's Crossing Condominium Association  Inc. amanisabdellahesq@gmail.com, kgardiner@hillwallack.com |
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John F Newman | on behalf of Creditor SJFCU courts@firstharvestcu.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Melissa S DiCerbo | on behalf of Creditor Finance of America  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |

District/off: 0312-1                                    User: admin                                    Page 2 of 2

Date Rcvd: Jul 26, 2024                          Form ID: pdf903                            Total Noticed: 1

Michael R. DuPont

        on behalf of Creditor Bay Atlantic Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com

Robert J. Malloy

        on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com

Tamika Nicole Wyche

        on behalf of Debtor Karen D. Hill daviddanielslaw@gmail.com  16022@notices.nextchapterbk.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12