```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

**LAW OFFICES OF DAVID PAUL DANIELS, LLC**
Tamika N. Wyche, Esquire
2985 Yorkship Square, Suite 1A
CAMDEN, NEW JERSEY 08104
**(856) 338-0411**
TW 006502006

**Order Filed on August 13, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re: KAREN HILL

Case No.: 18-14783

Adv. No.:

Hearing Date: August 13, 2024

Judge: ANDREW B. ALTENBURG, JR.

ORDER SUSPENDING TRUSTEE PAYMENTS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 13, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: KAREN HILL

Case No: 18-14783 ABA

Caption of Order: ORDER SUSPENDING TRUSTEE PAYMENTS

---

    THIS MATTER having been opened to the Court by Law Offices of David Paul Daniels, LLC, Attorney for Debtor on Motion to Suspend Payments to the trustee; and Tamika N. Wyche, Esquire, appearing for the Debtor; and the Court after hearing arguments of counsel; and for good cause having been shown;

    IT IS HEREBY ORDERED that Debtor's payments are hereby suspended from June 2024 through September 2024; and

    IT IS FURTHER ORDERED that Debtor shall resume plan payments at $1,006.00 a month for six (6) months commencing October 1, 2024.