| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**LAW OFFICES OF DAVID PAUL DANIELS, LLC**<br>**Tamika N. Wyche, Esquire**<br>**2985 Yorkship Square, Suite 1A**<br>**CAMDEN, NEW JERSEY 08104**<br>**(856) 338-0411**<br>TW 006502006 | **Order Filed on August 13, 2024**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re: KAREN HILL | Case No.: 18-14783<br>Adv. No.:<br>Hearing Date: August 13, 2024<br>Judge: ANDREW B. ALTENBURG, JR. |

ORDER SUSPENDING TRUSTEE PAYMENTS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 13, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: KAREN HILL

Case No: 18-14783 ABA

Caption of Order: ORDER SUSPENDING TRUSTEE PAYMENTS

--------------------------------------------------------------------------------

    THIS MATTER having been opened to the Court by Law Offices of David Paul Daniels, LLC, Attorney for Debtor on Motion to Suspend Payments to the trustee; and Tamika N. Wyche, Esquire, appearing for the Debtor; and the Court after hearing arguments of counsel; and for good cause having been shown;

    IT IS HEREBY ORDERED that Debtor's payments are hereby suspended from June 2024 through September 2024; and

    IT IS FURTHER ORDERED that Debtor shall resume plan payments at $1,006.00 a month for six (6) months commencing October 1, 2024.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-14783-ABA |
| Karen D. Hill | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 13, 2024 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Karen D. Hill, 2102 E Oak Rd, Unit A5, Vineland, NJ 08361-2579 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2024         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Finance of America  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Amani Sahar Abdellah | on behalf of Creditor King's Crossing Condominium Association  Inc. amanisabdellahesq@gmail.com, kgardiner@hillwallack.com |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John F Newman | on behalf of Creditor SJFCU courts@firstharvestcu.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Melissa S DiCerbo | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 13, 2024 | Form ID: pdf903 | Total Noticed: 1 |

|  |  |
|---|---|
| | on behalf of Creditor Finance of America  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Michael R. DuPont | on behalf of Creditor Bay Atlantic Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com |
| Robert J. Malloy | on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com |
| Tamika Nicole Wyche | on behalf of Debtor Karen D. Hill daviddanielslaw@gmail.com  16022@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12