```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Tamika N. Wyche, Esquire
LAW OFFICES OF DAVID PAUL DANIELS, LLC
2985 Yorkship Square, Suite 1A
CAMDEN, NEW JERSEY 08104
(856) 338-0411
TW 06502066
```

**Order Filed on August 26, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 18-14783 |
| KAREN D. HILL | Adv. No.: |
| | Hearing Date: September 10, 2024 |
| | Judge: ANDREW B. ALTENBURG |

ORDER ON MOTION FOR AUTHORIZATION TO ENTER INTO PARTIAL CLAIMS MORTGAGE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 26, 2024**

*/s/ Andrew B. Altenburg, Jr.*

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: KAREN D. HILL

Case No: 18-14783 ABA

Caption of Order: ORDER ON MOTION FOR AUTHORIZATION TO ENTER INTO PARTIAL CLAIMS MORTGAGE
_____

The Court having reviewed the Motion for Authorization to Enter into Partial Claims Mortgage filed on August 9, 2024, as to the first mortgage concerning real property located at 2102 E. Oak Road A5, Vineland, NJ 08361, and the Court having considered any objections filed to such motion, it is hereby ORDERED that:

[ ] The debtor is authorized to enter into the partial claims mortgage.

1) The partial claims mortgage must be fully executed no later than 14 days from the date of this order. If it is not, the secured creditor, within 14 days thereafter, must file with the Court and serve on the debtor, debtor's attorney, if any, and the standing trustee a Certification indicating why the agreement was not fully executed. A response by the debtor, if any, must be filed and served within 7 days of the filed date of the secured creditor's Certification; and

2) Upon the filing of the Certification required above, and absent a response from the debtor, the standing trustee may disburse to the secured creditor all funds held on reserved relating to its claim. Absent the filing of the Certification within the time frame set forth above, the standing trustee will disburse funds on hand to other creditors pursuant to the provisions of the confirmed Plan and any proof of claim filed in this case with respect to the mortgage is deemed modified and incorporated into the Partial Claims Mortgage; and

3) Check one:

[X] There is no order requiring the debtor to cure post-petition arrears through the Plan; or

[ ] Post-petition arrears are capitalized into the partial claims mortgage, and the Order filed on _____ requiring the Standing Trustee to make payments based on the arrearage is vacated as of the date of this order; or

[ ] Post-petition arrears have not been capitalized into the partial claims mortgage, and the Standing Trustee will continue to make payments to the secured creditor based on the Order filed on _____; and

4) If fees and costs related to partial claims mortgage are sought by the debtor's attorney, an Application for Compensation in compliance with D.N.J. LBR2016-1 must be filed.

[ ] The Motion for Authorization to Enter into Partial Claims Mortgage is denied.