Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−14783−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Karen D. Hill
　2102 E Oak Rd
　Unit A5
　Vineland, NJ 08361−2579

Social Security No.:
　xxx−xx−4133

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

　　　NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:　　　10/10/24
Time:　　　02:00 PM
Location:　　Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

　　　The following applications for compensation have been filed:

APPLICANT(S)
Tamika Nicole Wyche, Debtor's Attorney, period: 7/16/2024 to 8/26/2024.

COMMISSION OR FEES
fee: $1,400.00.

EXPENSES
$0.00.

If this is a chapter 13 case, the fees and expenses awarded:

　　☑　　will not reduce the amount to be paid to general unsecured
　　　　　creditors under the plan.

　　☐　　will reduce the amount to be paid to general unsecured
　　　　　creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

　　　An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 3, 2024
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-14783-ABA |
| Karen D. Hill | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 03, 2024 | Form ID: 137 | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Karen D. Hill, 2102 E Oak Rd, Unit A5, Vineland, NJ 08361-2579 |
| aty | + | Amani S. Abdellah, HILL WALLACK LLP, 21 Roszel Road, P.O. Box 5226, Princeton, NJ 08543-5226 |
| cr | | Bay Atlantic Federal Credit Union, McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| cr | + | SJFCU, 1615 Huffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 517382316 | | Corner Property Management, 11 Cleveland Pl, Springfield, NJ 07081-1507 |
| 517772391 | + | King's Crossing Condominium Association, Inc., c/o Mattison Raymond Group, Inc., PO BOX 314, Waterford Works, NJ 08089-0314 |
| 517382319 | | Kings Crossing Condo Association, Corner Property Management, PO Box 63608, Phoenix, AZ 85082-3608 |
| 517382323 | + | Raymour & Flanigan, 7272 Morgan Road, Liverpool, NY 13090-4535 |
| 517766728 | | South Jersey Gas, PO Box 6000, Hammonton, NJ 08037-6000 |
| 517382330 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Why Not Lease It, 1750 Elm St Ste 1200, Manchester, NH 03104-2907 |
| 517382326 | + | The Landis Sewerage Authority, 1776 S Mill Rd, Vineland, NJ 08360-6200 |
| 517382327 | | Tidewater Finance Co./Home Depot, PO Box 17308, Baltimore, MD 21297-1308 |
| 517382328 | | Vineland MUA, PO Box 1508, Vineland, NJ 08362-1508 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 03 2024 22:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 03 2024 22:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: courts@firstharvestcu.com | Sep 03 2024 22:44:00 | First Harvest Credit Union, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 517382313 | | Email/Text: lrichard@bayatlanticfcu.org | Sep 03 2024 22:45:00 | Bay Atlantic Federal Credit Union, 560 Crystal Ave, Vineland, NJ 08360-2843 |
| 517382314 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 03 2024 23:01:47 | Boscov's, PO Box 71106, Charlotte, NC 28272-1106 |
| 517382315 | + | Email/Text: documentfiling@lciinc.com | Sep 03 2024 22:42:00 | Comcast, 676 Island Pond Rd, Manchester, NH 03109-4840 |
| 517382317 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 03 2024 22:48:40 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 517529843 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 03 2024 22:44:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 517543224 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 03 2024 22:44:00 | Finance of America, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 517382318 | | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 03 2024 23:01:28 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 517532781 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2024 22:48:17 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517382320 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 03 2024 22:44:00 | Loancare, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 517787683 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 03 2024 23:01:34 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 517787682 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 03 2024 22:47:58 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517431870 | | Email/PDF: cbp@omf.com | Sep 03 2024 23:01:13 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 517382321 | | Email/PDF: cbp@omf.com | Sep 03 2024 23:01:52 | One Main, PO Box 742536, Cincinnati, OH 45274-2536 |
| 517682731 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 03 2024 23:01:09 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517682732 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 03 2024 23:02:04 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517382322 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 03 2024 22:45:00 | Pier One Imports/Comentiy, PO Box 659617, San Antonio, TX 78265-9617 |
| 517524026 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 03 2024 22:45:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517476373 | | Email/Text: bnc-quantum@quantum3group.com | Sep 03 2024 22:45:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517382324 | | Email/Text: courts@southjerseyfcu.com | Sep 03 2024 22:45:00 | South Jersey Federal Credit Union, PO Box 5530, Deptford, NJ 08096-0530 |
| 517382325 | + | Email/Text: bankruptcynotice@sjindustries.com | Sep 03 2024 22:44:00 | South Jersey Gas, PO Box 577, Hammonton, NJ 08037-0577 |
| 517383966 | ^ | MEBN | Sep 03 2024 22:41:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517513131 | + | Email/Text: tdebn@credbankserv.com | Sep 03 2024 22:44:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517382329 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 03 2024 22:48:33 | Walmart/Synchrony Bank, PO Box 965023, Orlando, FL 32896-5023 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517642591 | *+ | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 03, 2024 | Form ID: 137 | Total Noticed: 39 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Finance of America  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Amani Sahar Abdellah | on behalf of Creditor King's Crossing Condominium Association  Inc. amanisabdellahesq@gmail.com, kgardiner@hillwallack.com |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John F Newman | on behalf of Creditor SJFCU courts@firstharvestcu.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Melissa S DiCerbo | on behalf of Creditor Finance of America  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Michael R. DuPont | on behalf of Creditor Bay Atlantic Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com |
| Robert J. Malloy | on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com |
| Tamika Nicole Wyche | on behalf of Debtor Karen D. Hill daviddanielslaw@gmail.com  16022@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12