| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Jonathan H. Katz, Esq.<br>BECKER NEW YORK, P.C.<br>A professional corporation incorporated in the State of New York<br>1776 on the Green<br>67 East Park Place, Suite 800<br>Morristown, New Jersey 07960<br>jkatz@beckerlawyers.com<br>(856) 618-7071<br><br>In Re:<br>    KAREN HILL | Case No.: 18-14783-ABA<br><br>Judge: Andrew B. Altenburg Jr.<br><br>Chapter 13 |

## SUBSTITUTION OF ATTORNEY

It is hereby stipulated and consented that Becker New York, P.C., be substituted as attorney(s) for the Creditor, King's Crossing Condominium Association, in place of Hill Wallack, LLP, in the above-entitled case.

HILL WALLACK, LLP
Withdrawing Counsel

By: _____
Elizabeth Holdren, Esq.

Dated: October _9_, 2024

BECKER NEW YORK, P.C.
Superseding Counsel

By: _____
Jonathan H. Katz, Esq.

Dated: October 9, 2024

25630122v.1 K32375/423063