UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Tamika N. Wyche, Esquire**
**LAW OFFICES OF DAVID PAUL DANIELS, LLC**
**2985 YORKSHIP SQUARE, SUITE 1A**
**CAMDEN, NEW JERSEY 08104**
**(856) 338-0411**
TW 006502006

Order Filed on October 10, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re: KAREN HILL

Case No.: 18-14783-ABA

Adv. No.:

Hearing Date:

Judge: HON. ANDREW B. ALTENBURG

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: October 10, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: KAREN HILL

Case No: 18-14783-ABA

Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**
_____

Upon consideration of Tamika N. Wyche, Esquire, application for an order granting attorney fees, and good cause appearing therefore, it is hereby

Ordered that Tamika N. Wyche, Esquire, the applicant, is allowed a fee of $1,400.00 for the services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Chapter 13 Fee. The allowance shall be payable:

__X__        through the Chapter 13 Plan as an administrative priority.

_____        outside the plan.

The debtor's monthly plan is modified to a payment of $1,173.00 per month for the remaining 6 months to allow for payment of the aforesaid fee, beginning, October 1, 2024.