

Law Office of David Daniels, LLC <daviddanielslaw@gmail.com>

# U.S. Bankruptcy Court, District of New Jersey - Returned Mail Notice, In re: Karen D. Hill, Case Number: 18-14783, ABA, Ref: [p-220425462]

1 message

USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>    Mon, Oct 7, 2024 at 5:02 PM
To: daviddanielslaw@gmail.com

Notice of Returned Mail to Debtor/Debtor's Attorney

October 7, 2024

From: United States Bankruptcy Court, District of New Jersey

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Karen D. Hill, Case Number 18-14783, ABA

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court</u>
<u>401 Market Street</u>
<u>Camden, NJ 08102</u>

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

TEMPOE LLC DBA WHY NOT LEASE IT
ATTN BOB HOLWADEL
720 EAST PETE ROSE WAY SUITE 400
CINCINNATI OH 45202-3576

_____
Signature of Debtor or Debtor's Attorney

THE UPDATED ADDRESS IS:

7765 Montgomery Rd.
Suite 508
Cincinnati, OH 45236

10-11-24
Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.