Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 18−14783−ABA
                    Chapter: 13
                    Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karen D. Hill
   2102 E Oak Rd
   Unit A5
   Vineland, NJ 08361−2579

Social Security No.:
   xxx−xx−4133

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 3/21/25 at 09:00 AM

to consider and act upon the following:

*153* − Certification In Objection to (related document:152 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 01/31/2025. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Tamika Nicole Wyche on behalf of Karen D. Hill. (Wyche, Tamika)

Dated: 1/31/25

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court