Certificate Number: 06531-NJ-DE-039559857

Bankruptcy Case Number: 18-14783



06531-NJ-DE-039559857

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 15, 2025, at 9:13 o'clock PM CDT, Karen D Hill completed a course on personal financial management given by telephone by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   April 15, 2025                    By:     /s/Kenia Colchado

                                          Name:   Kenia Colchado

                                          Title:   Credit Counselor